# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 19, 2026

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 24 2026

FILED ____________
DOCKETED ____________
DATE INITIAL

Re: Brenda Christine Barry, et al.
v. Securities and Exchange Commission
Application No. 26A228
(Your No. 23-2699)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on August 19, 2026, extended the time to and including November 9, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Irma Orellana
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Nicolas Morgan
Investor Choice Advocates Network
453 S Spring St
Ste 400
Los Angeles, CA 90013

Mr. Igor Victor Timofeyev
Paul Hastings LLP
2050 M Street, N.W.
Washington, DC 20036

Mr. D. John Sauer
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526